David F. Abbott, Esq.
Andrew H. Schapiro, Esq. (AS9464)
MAYER, BROWN, ROWE & MAW LLP
1675 Broadway
New York, New York 10019
Telephone: (212) 506-2500
Facsimile: (212) 262-1910
and
David S. Curry, Esq.
John J. Voorhees, Jr., Esq.
Steve Sanders, Esq.
MAYER, BROWN, ROWE & MAW LLP
71 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 782-0600
Facsimile: (312) 701-7711
*Counsel to General Foods Credit Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------x
                                                                       :
**In re:**                                                             :
                                                                       :    **Chapter 11**
                                                                       :    **Case No. 05-17930**
**NORTHWEST AIRLINES CORPORATION,** *et al.*,                          :     **(ALG)**
    the Debtors.                                                       :
                                                                       :    **Jointly Administered**
-----------------------------------------------------------------------x

## NOTICE OF APPEAL
**[Related to Docket Nos. 7439 and 7447]**

General Foods Credit Corporation ("GFCC") appeals to the U.S. District Court for the Southern District of New York, under 28 U.S.C. § 158(a) and Rule 8001(a) of the Federal Rules of Bankruptcy Procedures, from the Stipulation Resolving Claim Nos. 10995, 10996, 10997, 10999, and 12216 Relating To Aircraft N513XJ, N514XJ, N515XJ, N516XJ, and N517XJ (the "Stipulation"), which was approved by order of the U.S. Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") on July 31, 2007 in a redacted form [Docket No. 7439] and filed under seal in an

unredacted form on August 2, 2007 [Docket No. 7447] (collectively, the "Orders") and from the Orders. A copy of the Bankruptcy Court's July 31, 2007 order is attached hereto. GFCC objected to the Stipulation in the Bankruptcy Court.

The names of the parties to the Orders hereby appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

|  |  |
|---|---|
| Appellant: | **General Foods Credit Corporation** |
| Appellant's Counsel: | David F. Abbott<br>Andrew H. Schapiro<br>Mayer, Brown, Rowe & Maw LLP<br>1675 Broadway<br>New York, NY 10019-5820<br>Telephone:    (212) 506-2500<br>Facsimile:    (212) 262-1910<br><br>-and-<br><br>David S. Curry<br>John J. Voorhees, Jr.<br>Steve Sanders<br>Mayer, Brown, Rowe & Maw LLP<br>71 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone:    (312) 782-0600<br>Facsimile:    (312) 701-7711 |
| Appellees: | **Northwest Airlines, Inc. ("Northwest") and certain of its affiliated entities, as reorganized debtors (the "Debtors")**<br><br>*Counsel to the Debtors:*<br>Bruce R. Zirinsky (BZ 2990)<br>Barry J. Dichter (BD 0008)<br>Nathan A. Haynes (NH 4955)<br>CADWALADER, WICKERSHAM & TAFT LLP<br>Attorneys for Debtors and Debtors In Possession<br>One World Financial Center<br>New York, New York 10281<br>Telephone: (212) 504-6000<br>Facsimile: (212) 504-6666 |

-and-

Mark C. Ellenberg (ME 6927)
CADWALADER, WICKERSHAM & TAFT LLP
1201 F Street N.W., Suite 1100
Washington, DC 20004
Telephone: (202) 862-2200
Facsimile: (202) 862-2400

**BAE Systems (Funding One) Limited ("BAE")**

*Counsel to BAE:*
Ken Coleman, Esq. (KC 9750)
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 610-6300
Facsimile: (212) 610-6399

**U.S. Bank National Association, as Indenture Trustee ("US Bank")**

*Counsel to US Bank:*
Jeanne P. Darcey (JD 9800)
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199
Telephone: (617) 239-0100
Facsimile: (617) 227-4420

New York, New York          GENERAL FOODS CREDIT CORPORATION
Dated: August 8, 2007


By: /s/ John J. Voorhees, Jr., Esq.
    John J. Voorhees, Jr., Esq.

David F. Abbott, Esq.
Andrew H. Schapiro, Esq. (AS9464)
MAYER, BROWN, ROWE & MAW LLP
1675 Broadway
New York, New York 10019
Telephone: (212) 506-2500
Facsimile: (212) 262-1910

and

David S. Curry, Esq.
John J. Voorhees, Jr., Esq.
Steve Sanders, Esq.
MAYER, BROWN, ROWE & MAW LLP
71 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 782-0600
Facsimile: (312) 701-7711

*Counsel to General Foods Credit Corporation*

David F. Abbott, Esq.
Andrew H. Schapiro, Esq. (AS9464)
MAYER, BROWN, ROWE & MAW LLP
1675 Broadway
New York, New York 10019
Telephone: (212) 506-2500
Facsimile: (212) 262-1910
and
David S. Curry, Esq.
John J. Voorhees, Jr., Esq.
Steve Sanders, Esq.
MAYER, BROWN, ROWE & MAW LLP
71 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 782-0600
Facsimile: (312) 701-7711
*Counsel to General Foods Credit Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
| | |
|---|---|
| **In re:** | : |
| | :    **Chapter 11** |
| | :    **Case No. 05-17930 (ALG)** |
| **NORTHWEST AIRLINES CORPORATION,** *et al.*, | : |
|     the Debtors. | :    **Jointly Administered** |

------------------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

    John J. Voorhees, an attorney, hereby certifies that on the 8TH day of August, 2007, he caused to be served, via email and facsimile, a true and correct copy of the **NOTICE OF APPEAL** upon (i) Jeanne P. Darcey (jdarcey@eapdlaw.com), FAX: 617.227.4420; (ii) Bruce R. Zirinsky (bruce.zirinsky@cwt.com), Barry J. Dichter (barry.dichter@cwt.com), and Nathan A. Haynes (nathan.haynes@cwt.com) FAX: 212.504.6666; (iii) Ken Coleman (ken.coleman@allenovery.com), FAX: 212.610.6399; and (iv) Mark C. Ellenberg (mark.ellenberg@cwt.com), FAX: 202.862.2400.

Dated: August 8, 2007                                /s/ John J. Voorhees, Jr.\_\_\_\_\_
                                                                         John J. Voorhees, Jr.