Bruce R. Zirinsky (BZ 2990)
Barry J. Dichter (BD 0008)
Gregory M. Petrick (GP 2175)
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York  10281
Telephone:  (212) 504-6000
Facsimile:  (212) 504-6666

- and -

Mark C. Ellenberg (ME 6927)
CADWALADER, WICKERSHAM & TAFT LLP
1201 F Street N.W., Suite 1100
Washington, DC  20004
Telephone:  (202) 862-2200
Facsimile:  (202) 862-2400

Attorneys for the Reorganized Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
| | : | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| **NORTHWEST AIRLINES CORPORATION,** *et al.*, | : | **Case No. 05-17930 (ALG)** |
| | : | |
| **Debtors.** | : | **Jointly Administered** |
------------------------------------------------------------------------x

**APPELLEE'S DESIGNATION OF ADDITIONAL ITEMS**
**FOR INCLUSION IN THE RECORD ON APPEAL**
**[RELATED TO DOCKET NO. 7482]**

Northwest Airlines Corporation and certain of its direct and indirect subsidiaries

(collectively, the "Reorganized Debtors" or "Northwest")[1] that were debtors and debtors in

---

[1] In addition to Northwest Airlines Corporation, the Reorganized Debtors consist of: Northwest Airlines, Inc., NWA Fuel Services Corporation, Northwest Aerospace Training Corp., MLT Inc., Compass Airlines, Inc. f/k/a Northwest Airlines Cargo, Inc., NWA Retail Sales Inc., Montana Enterprises, Inc.,

USActive 10062332.1

possession in the above-captioned cases, pursuant to Federal Rule of Bankruptcy Procedure 8006, hereby designate the following additional items (including all exhibits) that were not contained in the Statement of Issues on Appeal and Designation of Items to Be Included In The Record On Appeal filed by General Foods Credit Corporation on August 20, 2007 [Docket No. 7520] with respect to the Order Approving the Stipulation Resolving Claim Nos. 10995, 10996, 10997, 10999 and 12216 Relating to Aircraft N513XJ, N514XJ, N515XJ, N516XJ, and N517XJ [Docket Nos. 7439 and 7447] dated on or about August 2, 2007 for inclusion in the record on appeal:

    1.  Proofs of Claim No. 10996 and 10999 filed by BAE Systems (Funding One) Limited, in the Northwest chapter 11 cases.

    2.  Proofs of Claim No. 10995, 10997 and 10998 (as amended by Proof of Claim No. 12216) filed by U.S. Bank National Association as the Indenture Trustee, in the Northwest chapter 11 cases.

    3.  Order Pursuant to Sections 502, 363 and 105 of the Bankruptcy Code and Rules 3007, 9019 and 2002 of the Bankruptcy Rules Establishing Procedures for (i) Omnibus Objections to Proofs of Claim and (ii) Compromising Disputed Proofs of Claim [Docket No. 3546].

    4.  Disclosure Statement With Respect to Debtors' First Amended Joint and Consolidated Plan of Reorganization Under Chapter 11 of the Bankruptcy Code, dated February 15, 2007 [Docket No. 4902], as amended on March 30, 2007 [Docket No. 5726].

---

NW Red Baron LLC, Aircraft Foreign Sales, Inc., NWA Worldclub, Inc. and NWA Aircraft Finance, Inc. The preceding entities, together with Northwest Airlines Holdings Corporation and NWA Inc., were the debtors and debtors in possession (the "Debtors") in these cases prior to May 31, 2007, the Effective Date of the Debtors' First Amended Joint and Consolidated Plan of Reorganization Under Chapter 11 of the Bankruptcy Code.  On the Effective Date, Northwest Airlines Holdings Corporation merged into NWA Inc. and thereafter, NWA Inc. merged into Northwest Airlines, Inc. and went out of existence.

    5.  Findings of Fact, Conclusions of Law, and Order Under 11 U.S.C. § 1129(a) and (b) and Fed. R. Bankr. P. 3020 Confirming Debtors' First Amended Joint and Consolidated Plan of Reorganization Under Chapter 11 of the Bankruptcy Code dated May 18, 2007 [Docket No. 6944].

    WHEREFORE, Northwest submits the above additional items (including all exhibits) for inclusion in the record on appeal.

Dated: New York, New York
       August 29, 2007

**NORTHWEST AIRLINES CORPORATION, ET AL.**, Reorganized Debtors

By:  */s/ Mark C. Ellenberg*
Bruce R. Zirinsky (BZ 2990)
Barry J. Dichter (BD 0008)
Gregory M. Petrick (GP 2175)
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York 10281
Telephone: (212) 504-6000
Facsimile:  (212) 504-6666

and

Mark C. Ellenberg (ME 6927)
CADWALADER, WICKERSHAM & TAFT LLP
1201 F Street, N.W., Suite 1100
Washington DC 20004
Telephone:  (202) 862-2200
Facsimile:  (202) 862-2400

Attorneys for the Reorganized Debtors