David F. Abbott, Esq.
Andrew H. Schapiro, Esq.
MAYER, BROWN, ROWE & MAW LLP
1675 Broadway
New York, New York 10019
Telephone: (212) 506-2500
Facsimile: (212) 262-1910
and
David S. Curry, Esq.
John J. Voorhees, Jr., Esq.
Steve Sanders, Esq.
MAYER, BROWN, ROWE & MAW LLP
71 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 782-0600
Facsimile: (312) 701-7711
*Counsel to General Foods Credit Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------x
                                                                       :
**In re:**                                                             :
                                                                       :   **Chapter 11**
                                                                       :   **Case No. 05-17930**
**NORTHWEST AIRLINES CORPORATION,** *et al.*,                          :    **(ALG)**
    the Debtors.                                    :
                                                                       :   **Jointly Administered**
-----------------------------------------------------------------------x

### SUPPLEMENTAL DESIGNATION OF ITEMS
### TO BE INCLUDED IN THE RECORD ON APPEAL
**[Related To Docket Nos. 7482, 7520 & 7549]**

In response to the above-captioned debtors' Designation Of Additional Items For Inclusion In The Record On Appeal [Docket No. 7549], General Foods Credit Corporation ("GFCC") submits this Supplemental Designation of Items to be Included in the Record on Appeal:

    1.    On July 31, 2007, the United States Bankruptcy Court for the Southern District of New York entered an order approving the Stipulation Resolving Claim Nos.

10995, 10996, 10997, 10999, and 12216 Relating to Aircraft N513XJ, N514XJ, N515XJ, N516XJ, and N517XJ (the "Stipulation") [Docket No. 7439], which was filed in a redacted version and then entered in an unredacted version and filed under seal on August 2, 2007 [Docket No. 7447] (collectively, the "Orders").

2. On August 8, 2007, GFCC filed its Notice of Appeal, appealing from the Stipulation and Orders.

## SUPPLEMENTAL DESIGNATION OF THE CONTENTS OF THE RECORD ON APPEAL

3. Pursuant to Bankruptcy Rule 8006 and in response to the above-captioned debtors' Designation Of Additional Items For Inclusion In The Record On Appeal [Docket No. 7549], GFCC supplements its Statement Of Issues On Appeal And Designation Of Items To Be Included In The Record On Appeal [Docket No. 7520] designating the following additional item to be included in the record on appeal:

**Docket Entry from Case No. 05-17930:**

| Date | Docket Number | Document Title |
|---|---|---|
| 10/11/06 | 3708 | So Ordered Stipulation and Order Signed on 10/11/2006 Resolving of General Foods Credit Corporation to Motion for Entry of an Order Establishing Procedures for Omnibus Objections to Proofs of Claim and Compromising Disputed Proofs of Claim |

2

Dated: New York, New York
       August 31, 2007

                                Respectfully submitted,

                                GENERAL FOODS CREDIT CORPORATION

                                By: /s/ John J. Voorhees, Jr.
                                    One of Its Attorneys

| David Abbott | David S. Curry |
| --- | --- |
| Andrew H. Schapiro, Esq. | John J. Voorhees, Jr. |
| Mayer, Brown, Rowe & Maw LLP | Steve Sanders, Esq. |
| 1675 Broadway | Mayer, Brown, Rowe & Maw LLP |
| New York, NY 10019-5820 | 71 South Wacker Drive |
| Telephone: (212) 506-2500 | Chicago, Illinois 60606 |
| Facsimile: (212) 262-1910 | Telephone: (312) 782-0600 |
| | Facsimile: (312) 701-7711 |

3

David F. Abbott, Esq.
Andrew H. Schapiro, Esq. (AS9464)
MAYER, BROWN, ROWE & MAW LLP
1675 Broadway
New York, New York 10019
Telephone: (212) 506-2500
Facsimile: (212) 262-1910
and
David S. Curry, Esq.
John J. Voorhees, Jr., Esq.
Steve Sanders, Esq.
MAYER, BROWN, ROWE & MAW LLP
71 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 782-0600
Facsimile: (312) 701-7711
*Counsel to General Foods Credit Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
**In re:**                                              :
                                                        :     **Chapter 11**
                                                        :     **Case No. 05-17930 (ALG)**
**NORTHWEST AIRLINES CORPORATION,** *et al.*,           :
    the Debtors.                                        :     **Jointly Administered**
------------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

     John J. Voorhees, an attorney, hereby certifies that on the 31st day of August, 2007, he caused to be served, via email and facsimile, a true and correct copy of the **SUPPLEMENTAL DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL [RELATED TO DOCKET NOS. 7482, 7520 & 7549]** upon (i) Bruce R. Zirinsky, Esq. (bruce.zirinsky@cwt.com), Barry J. Dichter, Esq. (barry.dichter@cwt.com) and Nathan A. Haynes, Esq. (nathan.haynes@cwt.com) FAX: 212.504.6666; (ii) Mark C. Ellenberg, Esq. (mark.ellenberg@cwt.com) FAX: 202.862.2400; (iii) Ken Coleman, Esq. (ken.coleman@allenovery.com) FAX: 212.610.6399; and (iv) Jeanne P. Darcey, Esq. (jdarcey@eapdlaw.com) FAX: 617.227.4420 .

Dated: August 31, 2007                          /s/ John J. Voorhees, Jr._____
                                                        John J. Voorhees, Jr.