UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>NORTHWEST AIRLINES CORPORATION, *et al.*,<br><br>                                              Debtors.<br><br>GENERAL FOODS CREDIT CORP.,<br>                                              Appellant,<br><br>              v.<br><br>NORTHWEST AIRLINES, INC.<br>                                              Appellee. | Chapter 11<br><br>Case No. 05-17930 (ALG)<br><br>Jointly Administered<br><br><br><br>Case. No. 07-7940 (SAS) |

### NOTICE OF APPEARANCE

Please take notice that Allen & Overy LLP hereby appears for BAE Systems (Funding One) Limited in the above captioned matter and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served on the undersigned counsel.

Dated: New York, New York
       October 18, 2007

                              ALLEN & OVERY LLP

                              By:  /s/  Ken Coleman
                                   Ken Coleman
                                   1221 Avenue of the Americas
                                   New York, New York  10020
                                   Telephone (212) 610-6300
                                   Facsimile (212) 610-6399

                              *Attorneys for BAE Systems (Funding One) Limited*