UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------x

In re

**NORTHWEST AIRLINES CORPORATION,** *et al.*,

    Reorganized Debtors.

: **Chapter 11**
:
: **Case No. 05-17930 (ALG)**
:
: **Jointly Administered**

------------------------------------------------------------------------------x

**GENERAL FOODS CREDIT CORP.,**

    Appellant

        v.

**NORTHWEST AIRLINES, INC.,**

    Appellee

: **District Court**
:
: **Case No. 07-7940 (SAS)**

------------------------------------------------------------------------------x

## FEDERAL RULE OF CIVIL PROCEDURE 7.1 STATEMENT

       Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local Civil Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned, counsel for appellee Northwest Airlines, Inc. (a private non-governmental party) certifies that (a) the parent corporation of appellee is Northwest Airlines Corporation, and (b) Northwest Airlines Corporation is publicly held.

-2-

Dated:   New York, New York
         October 18, 2007

                                      CADWALADER, WICKERSHAM & TAFT LLP

                                      */s/ Gregory M. Petrick*
Bruce R. Zirinsky (BZ 2990)
Gregory M. Petrick (GP 2175)
One World Financial Center
New York, New York  10281
Telephone:  (212) 504-6000
Facsimile:  (212) 504-6666

- and -

Mark C. Ellenberg (ME 6927)
1201 F Street N.W., Suite 1100
Washington, DC  20004
Telephone:  (202) 862-2200
Facsimile:  (202) 862-2400

Attorneys for Appellee Northwest Airlines, Inc.