**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------x
GENERAL FOODS CREDIT CORP.,

                        Appellant

        -against-                          1:07 CIVIL 07940 (SAS)

NORTHWEST AIRLINES, INC.

                        Appellee.
--------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for <u>Shmuel Vasser</u>.

☒    *Attorney*

    ☒    I am a U.S.D.C. Southern District of New York attorney.  My Bar Number is:

        <u>SV 7400</u>

    ☐    I am a Pro Hac Vice attorney

    ☐    I am a Government Agency attorney

☐    *Law Firm/Government Agency Association*

    From: _____

    To: _____

    ☐ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance was entered on _____ by Judge _____.

☐   *Address:*   <u>Edwards, Angell, Palmer & Dodge, LLP, 750 Lexington Avenue, New York, NY 10022</u>

☐   *Telephone Number:* <u>212-912-2843_____</u>

☐   *Fax Number:*   <u>888-325-9177_____</u>

☐   *E-mail Address:* <u>svasser@eapdlaw.com____</u>

Dated: <u>October 17, 2007</u>                            *S. Vasser*