Richard Hiersteiner
Jeanne P. Darcey
Amy A. Zuccarello
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199-7613
617.239.0100

And

Shmuel Vasser
EDWARDS ANGELL PALMER & DODGE LLP
750 Lexington Avenue
New York, NY 10022
212.308.4411

*Counsel to U.S. Bank National Association, as Trustee*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> NORTHWEST AIRLINES CORPORATION, *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 05-17930 (ALG) <br><br> Jointly Administered |
| GENERAL FOODS CREDIT CORP., <br> Appellant, <br><br> v. <br><br> NORTHWEST AIRLINES, INC. <br> Appellee. | Case. No. 07-7940 (SAS) |

## ATTORNEY'S AFFIRMATION OF SERVICE

BOS111 12210260.1

I hereby certify that I caused to be served on the date written below, upon the persons listed on the attached Service List, via overnight courier, as indicated, a true copy of the following:

***BRIEF OF APPELLEE U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE WITH RESPECT TO AIRCRAFT BEARING U.S. REGISTRATION N513XJ***

Dated: October 18, 2007  /s/ Charlotte P. Bodell
Boston, Massachusetts  Charlotte P. Bodell, Esq.
 EDWARDS ANGELL PALMER & DODGE LLP
 111 Huntington Ave.
 Boston, MA 02199
 T 617.239.0100
 cbodell@eapdlaw.com

## Service List

David F. Abbott
Andrew H. Schapiro
Mayer, Brown, Rowe & Maw LLP
1675 Broadway
New York, NY  10019-5820

David S. Curry
John J. Voorhees, Jr.
Steve Sansers
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL  60606

Bruce R. Zirinsky
Barry J. Dichter
Nathan A. Haynes
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, NY  10281

Mark C. Elenberg
CADWALADER, WICKERSHAM & TAFT LLP
1201 F Street N.W., Suite 1100
Washington, D.C.  20004

Ken Coleman, Esq.
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY  10020