UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

In re                                              : Chapter 11
                                                   :
NORTHWEST AIRLINES CORPORATION, *et al.*,          : Case No. 05-17930 (ALG)
                                                   :
   Reorganized Debtors.                            : Jointly Administered
                                                   :
-----------------------------------------------------------------x

GENERAL FOODS CREDIT CORP.,                        : District Court
                                                   :
   Appellant                                       : Case No. 07-CV-7940 (SAS)
                                                   :
   v.                                              :
                                                   :
NORTHWEST AIRLINES, INC.,                          :
                                                   :
   Appellee                                        :
-----------------------------------------------------------------x

                                                   AFFIDAVIT OF MAILING

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

CASSANDRA MURRAY, being duly sworn, deposes and says:

1. I am over the age of eighteen years and employed by Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, New York, New York and I am not a party to the above-captioned action.

2. On October 18, 2007, I caused to be served:

   a) "Brief of Appellee Northwest Airlines Inc.", [Docket No. 12], dated October 18, 2007, and

   b) "Federal Rule of Civil Procedure 7.1 Statement", [Docket No. 8], dated October 18, 2007

   by causing true and correct copies, to be delivered by electronic mail to those parties listed on the annexed Exhibit "A", enclosed securely in a separate postage pre-paid envelope, to be delivered by overnight mail to the party listed on the annexed Exhibit "B".

3.  All items served by mail or overnight courier included the following legend affixed on the envelope: "LEGAL DOCUMENTS ENCLOSED: PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Cassandra Murray

Sworn to before me this
19th day of October, 2007

_____
Notary Public

ROSS MATRAY
Notary Public, State of New York
No. 01MA614899
Qualified in New York County
Commission Expires July 3, 2010

# EXHIBIT "A"

jvoorhees@mayerbrown.com

ken.coleman@allenovery.com

jdarcey@eapdlaw.com

# Exhibit "B"

John H. Voorhees, Esq.
Mayer Brown Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL 60606

Ken Coleman, Esq.
Allen & Overy LLP
1221 Avenue of the Americas
New York, New York 10020

Jeanne Darcey, Esq.
Edwards Angell Palmer & Dodge, LLP
111 Huntington Ave.
Boston, MA 02199-7613