＿

Richard Hiersteiner
Jeanne P. Darcey
Amy A. Zuccarello
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199-7613
617.239.0100

And

Shmuel Vasser
EDWARDS ANGELL PALMER & DODGE LLP
750 Lexington Avenue
New York, NY 10022
212.308.4411

*Counsel to U.S. Bank National Association, as Trustee*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>NORTHWEST AIRLINES CORPORATION, *et al.,*<br><br>                                                      Debtors. | Chapter 11<br><br>Case No. 05-17930 (ALG)<br><br>Jointly Administered |
| GENERAL FOODS CREDIT CORP.,<br>                                                      Appellant,<br><br>        v.<br><br>NORTHWEST AIRLINES, INC.<br>                                                      Appellee. | Case. No. 07-cv-7940 (SAS) |

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
**of U.S. Bank National Association**

Pursuant to Federal Rule of Civil Procedure 7.1, counsel for Appellee U.S. Bank National

BOS111 12211413.1

Association certifies that (i) U.S. Bank National Association's parent corporation is U.S. Bancorp and (ii) U.S. Bancorp is a publicly traded corporation.

Dated: October 19, 2007

   /s/ Shmuel Vasser
EDWARDS ANGELL PALMER & DODGE LLP
Shmuel Vasser (SV 7400)
750 Lexington Avenue
New York, NY 10022
212.308.4411
svasser@eapdlaw.com

And

EDWARDS ANGELL PALMER & DODGE LLP
Richard Hiersteiner
Jeanne P. Darcey
Amy A. Zuccarello
111 Huntington Avenue
Boston, MA 02199
617.239.0100
rhiersteiner@eapdlaw.com
jdarcey@eapdlaw.com
azuccarello@eapdlaw.com

*Counsel to U.S. Bank National Association, as Trustee*