Richard Hiersteiner
Jeanne P. Darcey
Amy A. Zuccarello
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199-7613
617.239.0100

And

Shmuel Vasser
EDWARDS ANGELL PALMER & DODGE LLP
750 Lexington Avenue
New York, NY 10022
212.308.4411

*Counsel to U.S. Bank National Association, as Trustee*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> NORTHWEST AIRLINES CORPORATION, *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 05-17930 (ALG) <br><br> Jointly Administered |
| GENERAL FOODS CREDIT CORP., <br>                      Appellant, <br><br>    v. <br><br> NORTHWEST AIRLINES, INC. <br>                      Appellee. | Case. No. 07-cv-7940 (SAS) |

## ATTORNEY'S AFFIRMATION OF SERVICE

BOS111 12211550.1

2

      I, Charlotte P. Bodell, Esq., hereby certify that on the date written below I caused to be served to the persons listed on the attached Service List, via email, a true copy of the *Federal Rule of Civil Procedure 7.1 Disclosure Statement of U.S. Bank National Association*.

| | |
|---|---|
| Dated: Boston, Massachusetts<br>      October 19, 2007 | EDWARDS ANGELL PALMER & DODGE LLP<br><br>/s/ Charlotte P. Bodell_____<br>Charlotte P. Bodell, Esq.<br>111 Huntington Ave.<br>Boston, MA 02199<br>(617) 239-0100 |

2

3

## **S**ERVICE **L**IST

David F. Abbott
Andrew H. Schapiro
Mayer, Brown, Rowe & Maw LLP
1675 Broadway
New York, NY  10019
dabbott@mayerbrown.com
aschapiro@mayerbrown.com

David S. Curry
John J. Voorhees, Jr.
Steve Sanders
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL  60606
dcurry@mayerbrown.com
jvoorhees@mayerbrown.com
ssanders@mayerbrown.com

Bruce R. Zirinsky
Barry J. Dichter
Nathan A. Haynes
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY  10281
bruce.zirinsky@cwt.com
barry.dichter@cwt.com
nathan.haynes@cwt.com

Mark C. Ellenberg
Cadwalader, Wickersham & Taft LLP
1201 F Street N.W., Suite 1100
Washington, DC  20004
mark.ellenberg@cwt.com

Ken Coleman
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY  10020
ken.coleman@allenovery.com

BOS111 12211550.1