ALLEN & OVERY LLP
Attorneys for BAE Systems (Funding One) Limited
Ken Coleman
1221 Avenue of the Americas
New York, New York 10020
Telephone (212) 610-6300

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>NORTHWEST AIRLINES CORPORATION, *et al.*,<br><br>                                                        Debtors. | Chapter 11<br><br>Case No. 05-17930 (ALG)<br><br>Jointly Administered |
| GENERAL FOODS CREDIT CORP.,<br>                                    Appellant,<br><br>           v.<br><br>NORTHWEST AIRLINES, INC.,<br>                                    Appellee. | Case. No. 07-7940 (SAS) |

**Federal Rule of Civil Procedure 7.1 Disclosure Statement of BAE Systems (Funding One) Limited**

Pursuant to Federal Rule of Civil Procedure 7.1, counsel for appellee BAE Systems (Funding One) Limited ("BAE") certifies that BAE's ultimate corporate parent is BAE Systems plc, which is a publicly traded corporation.

Dated:  New York, New York         ALLEN & OVERY LLP
            October 22, 2007

                                                    By:   /s/   Ken Coleman
                                                           Ken Coleman
                                                           1221 Avenue of the Americas
                                                           New York, New York 10020
                                                           Telephone (212) 610-6300
                                                           Facsimile (212) 610-6399

                                                           *Attorneys for BAE Systems (Funding One) Limited*