OCT 29 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

In re                                                  : Chapter 11

NORTHWEST AIRLINES CORPORATION, *et al.*,              : Case No. 05-17930 (ALG)

    Reorganized Debtors.                              : Jointly Administered

----------------------------------------------------------------x

GENERAL FOODS CREDIT CORP.,                            : District Court

    Appellant                                         : Case No. 07-CV-7940 (SAS)

    v.

NORTHWEST AIRLINES, INC.,

    Appellee

----------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/29/07

## ORDER FOR ADMISSION PRO HAC VICE

**IT IS HEREBY ORDERED** that Mark C. Ellenberg, Esq. of Cadwalader Wickersham & Taft LLP, 1201 F Street N.W., Suite 1100, Washington, DC 20004 (Telephone: (202) 862-2200; Facsimile: (202) 862-2400; Email: mark.ellenberg@cwt.com) is admitted *pro hac vice* as counsel for appellee Northwest Airlines, Inc. in the above captioned case pending in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing

USActive 10730115.2

discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Dated:     Oct. 29, 2007
           New York, New York

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE