Richard Hiersteiner
Jeanne P. Darcey
Amy A. Zuccarello
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199-7613
617.239.0100

And

Shmuel Vasser (SV 7400)
EDWARDS ANGELL PALMER & DODGE LLP
750 Lexington Avenue
New York, NY 10022
212.308.4411

*Counsel to U.S. Bank National Association, as Trustee*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> NORTHWEST AIRLINES CORPORATION, *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 05-17930 (ALG) <br><br> Jointly Administered |
| GENERAL FOODS CREDIT CORP., <br> Appellant, <br><br> v. <br><br> NORTHWEST AIRLINES, INC. <br> Appellee. | Case. No. 07-cv-7940 (SAS) |

**MOTION FOR ADMISSION OF AMY A. ZUCCARELLO**
**TO PRACTICE *PRO HAC VICE***

BOS111 12211328.1

2

1.      Shmuel Vasser (the "Movant"), a member in good standing of the bar of the State of New York, an attorney admitted to practice before the United States District Court for the District of New York, and a partner with Edwards Angell Palmer & Dodge LLP hereby submits this motion (the "Motion") to this court for an order permitting Amy A. Zuccarello to practice *pro hac vice* before the United States District Court for the Southern District of New York to appear and represent U.S. Bank National Association under Rule 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York in the above-captioned proceeding. In support of the Motion, the Movant states as follows:

2.      Amy A. Zuccarello is an attorney with the law firm Edwards Angell Palmer & Dodge LLP. Based on the Certificate of Admission and Good Standing attached hereto as <u>Exhibit A</u>, Ms. Zuccarello is a member in good standing of the bar of the Commonwealth of Massachusetts. There are no disciplinary proceedings against Ms. Zuccarello.

3.      The Movant requests that this Court allow this Motion so that Ms. Zuccarello may file pleadings and appear and be heard at hearings in the above captioned proceedings.

4.      Ms. Zuccarello agrees to pay the fee of $25 upon approval of this Motion by the Court.

WHEREFORE, the Movant respectfully requests that this Court enter an Order permitting Ms. Zuccarello to appear *pro hac vice* as counsel for U.S. Bank National Association in the above captioned proceedings.

Dated: New York, New York
October 26, 2007

EDWARDS ANGELL PALMER & DODGE LLP

By: _____
Shmuel Vasser
750 Lexington Avenue, 8th Floor
New York, New York 10022
(212) 308-4411

Richard Hiersteiner
Jeanne P. Darcey
Amy A. Zuccarello
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199-7613
617.239.0100

And

Shmuel Vasser (SV 7400)
EDWARDS ANGELL PALMER & DODGE LLP
750 Lexington Avenue
New York, NY 10022
212.308.4411

*Counsel to U.S. Bank National Association, as Trustee*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> NORTHWEST AIRLINES CORPORATION, *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 05-17930 (ALG) <br><br> Jointly Administered |
| GENERAL FOODS CREDIT CORP., <br> Appellant, <br><br> v. <br><br> NORTHWEST AIRLINES, INC. <br> Appellee. | Case. No. 07-cv-7940 (SAS) |

**AFFIDAVIT OF SHMUEL VASSER IN SUPPORT OF MOTION FOR ADMISSION OF**
**AMY A. ZUCCARELLO TO PRACTICE *PRO HAC VICE***

BOS111 12211331.1

State of New York      )
                       )  ss:
County of New York     )

Shmuel Vasser, being duly sworn, hereby deposes and says as follows:

1. I am a member in good standing of the bar of this Court and of the firm Edwards Angell Palmer & Dodge LLP, attorneys for U.S. Bank National Association, as Trustee.

2. I make this affidavit in support of my Motion for Admission of Amy A. Zuccarello To Practice Pro Hac Vice (the "Motion").

3. Ms. Zuccarello is an associate at the law firm Edwards Angell Palmer & Dodge LLP.

4. Ms. Zuccarello serves the highest standards of professionalism and of ethical conduct.

WHEREFORE, it is respectfully requested that the Motion be granted.

Dated: New York, New York
       October 31, 2007

EDWARDS ANGELL PALMER & DODGE LLP

By: _____
Shmuel Vasser
750 Lexington Avenue, 8th Floor
New York, New York 10022
(212) 308-4411

_____
Notary

**JOHN FRANCAVILLO**
Notary Public, State of New York
No. 24-4838118
Qualified in Kings County
Certificate Filed in Kings County
Commission Expires Oct. 31, 20__

BOS111 12211331.1

# **EXHIBIT A**

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twenty-fifth** day of **January** A.D. **2002**, said Court being the highest Court of Record in said Commonwealth:

### Amy Andronica Zuccarello

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **twenty-third** day of October in the year of our Lord **two thousand and seven**.

*MAURA S. DOYLE*, Clerk

---

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>NORTHWEST AIRLINES CORPORATION, *et al.*,<br><br>　　　　　　　　　　　　　　　　　Debtors.<br>―――――――――――――――――――――<br>GENERAL FOODS CREDIT CORP.,<br>　　　　　　　　　　　　　　　　　Appellant,<br><br>　　　v.<br><br>NORTHWEST AIRLINES, INC.<br>　　　　　　　　　　　　　　　　　Appellee. | Chapter 11<br><br>Case No. 05-17930 (ALG)<br><br>Jointly Administered<br><br><br><br><br>Case. No. 07-cv-7940 (SAS) |

## ORDER

ORDERED, that Amy A. Zuccarello is admitted to practice *pro hac vice* in the above captioned proceedings, subject to payment of the filing fee.

Dated: _____, 2007
New York, New York

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Honorable Shira A. Scheindlin

BOS111 12211331.1

Richard Hiersteiner
Jeanne P. Darcey
Amy A. Zuccarello
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199-7613
617.239.0100

And

Shmuel Vasser (SV 7400)
EDWARDS ANGELL PALMER & DODGE LLP
750 Lexington Avenue
New York, NY 10022
212.308.4411

*Counsel to U.S. Bank National Association, as Trustee*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>NORTHWEST AIRLINES CORPORATION, *et al.*,<br><br>                                                     Debtors.<br><br>GENERAL FOODS CREDIT CORP.,<br>                                                     Appellant,<br><br>v.<br><br>NORTHWEST AIRLINES, INC.<br>                                                     Appellee. | Chapter 11<br><br>Case No. 05-17930 (ALG)<br><br>Jointly Administered<br><br><br><br><br><br>Case. No. 07-cv-7940 (SAS) |

### **ATTORNEY'S AFFIRMATION OF SERVICE**

I, Charlotte P. Bodell, Esq., hereby certify that on the date written below I caused to be

served to the persons listed on the attached Service List, via email or U.S. First Class Mail (all

BOS111 12211331.1

costs prepaid), a true copy of the *Motion for Admission of Amy A. Zuccarello to Practice Pro Hac Vice.*

Dated: Boston, Massachusetts  　　　EDWARDS ANGELL PALMER & DODGE LLP
　　　　October 30, 2007

　　　　　　　　　　　　　　　　　　/s/ *[signature]*
　　　　　　　　　　　　　　　　　　Charlotte P. Bodell, Esq.
　　　　　　　　　　　　　　　　　　111 Huntington Ave.
　　　　　　　　　　　　　　　　　　Boston, MA 02199

## SERVICE LIST

David F. Abbott
Andrew H. Schapiro
Mayer, Brown, Rowe & Maw LLP
1675 Broadway
New York, NY  10019
dabbott@mayerbrown.com
aschapiro@mayerbrown.com

David S. Curry
John J. Voorhees, Jr.
Steve Sanders
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL  60606
dcurry@mayerbrown.com
jvoorhees@mayerbrown.com
ssanders@mayerbrown.com

Bruce R. Zirinsky
Barry J. Dichter
Nathan A. Haynes
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY  10281
bruce.zirinsky@cwt.com
barry.dichter@cwt.com
nathan.haynes@cwt.com

Mark C. Ellenberg
Cadwalader, Wickersham & Taft LLP
1201 F Street N.W., Suite 1100
Washington, DC  20004
mark.ellenberg@cwt.com

Ken Coleman
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY  10020
ken.coleman@allenovery.com