# MAYER·BROWN

Mayer Brown LLP
1675 Broadway
New York, New York 10019-5820

Main Tel (212) 506-2500
Main Fax (212) 262-1910
www.mayerbrown.com

November 7, 2007

**Andrew H. Schapiro**
Direct Tel (212) 506-2672
Direct Fax (212) 849-5672
aschapiro@mayerbrown.com

<u>VIA HAND DELIVERY</u>

NOV -7 2007

Hon. Shira A. Scheindlin
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1620
New York, NY 10007

Re: <u>In re Northwest Airlines Corp. (General Foods Credit Corp. v. Northwest Airlines)</u>, No. 07-7940

Dear Judge Scheindlin:

  I represent General Foods Credit Corp. in the above-captioned matter. It appears that a pre-trial conference has been scheduled for November 19. With the consent of all parties, I respectfully request that (a) if the conference was scheduled in error (this is a bankruptcy appeal), it be cancelled; and (b) if it was not scheduled in error, that it be adjourned to a date convenient to the Court. The latter request is necessary because on November 19 (and 20th) I have a previously scheduled hearing before Judge R. Bellantoni in Westchester County Court.

Sincerely,

Andrew H. Schapiro

cc: All Counsel (*via email*)

- The conference is hereby canceled.

SO ORDERED.

Date: New York, NY
November 7, 2007

Shira A. Scheindlin
U.S.D.J.