UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | |
|---|---|
| IN RE: NORTHWEST AIRLINES : | |
| : | Case No. 1:07-cv-07940 (SAS) |
| **GENERAL FOODS CREDIT CORP.,** | |
| Appellant : | |
| v. : | |
| **NORTHWEST AIRLINES, INC.,** : | |
| Appellee | |
| : | |

-------------------------------------------------------------X

## NOTICE OF APPEARANCE

     PLEASE TAKE NOTICE that the undersigned attorney hereby appears as counsel for Appellant General Foods Credit Corp. and requests that copies of all papers be served upon him at the address below.


Dated:  November 12, 2007            By:_____/s Andrew H. Schapiro_____

                                                                                 Andrew H. Schapiro
                                                                                 Mayer Brown LLP
                                                                                 1675 Broadway
                                                                                 New York, NY  10019
                                                                                 212-506-2672
                                                                                 Fax: 212 -849-5672
                                                                                 Email: aschapiro@mayerbrown.com