UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>NORTHWEST AIRLINES CORPORATION, *et al.*,<br><br>Debtors.<br><br>GENERAL FOODS CREDIT CORP.,<br>Appellant,<br><br>v.<br><br>NORTHWEST AIRLINES, INC.<br>Appellee. | Chapter 11<br><br>Case No. 05-17930 (ALG)<br><br>Jointly Administered<br><br><br><br>Case. No. 07-cv-7940 (SAS) |

## ORDER

ORDERED, that Richard Hiersteiner is admitted to practice *pro hac vice* in the above captioned proceedings, subject to payment of the filing fee.

Dated: Nov. 13, 2007
New York, New York

Honorable Shira A. Scheindlin

BOS111 12211326.1