**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

11/13/07

| | |
|---|---|
| In re: <br><br> NORTHWEST AIRLINES CORPORATION, *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 05-17930 (ALG) <br><br> Jointly Administered |
| GENERAL FOODS CREDIT CORP., <br> Appellant, <br><br> v. <br><br> NORTHWEST AIRLINES, INC. <br> Appellee. | Case. No. 07-cv-7940 (SAS) |

## ORDER

ORDERED, that Amy A. Zuccarello is admitted to practice *pro hac vice* in the above captioned proceedings, subject to payment of the filing fee.

Dated: Nov. 13, 2007
New York, New York

Honorable Shira A. Scheindlin