Richard Hiersteiner
Jeanne P. Darcey
Amy A. Zuccarello
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199-7613
617.239.0100

And

Shmuel Vasser (SV 7400)
EDWARDS ANGELL PALMER & DODGE LLP
750 Lexington Avenue
New York, NY 10022
212.308.4411

*Counsel to U.S. Bank National Association, as Trustee*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>NORTHWEST AIRLINES CORPORATION, *et al.*,<br><br>                                                    Debtors. | Chapter 11<br><br>Case No. 05-17930 (ALG)<br><br>Jointly Administered |
| GENERAL FOODS CREDIT CORP.,<br>                                                    Appellant,<br><br>v.<br><br>NORTHWEST AIRLINES, INC.<br>                                                    Appellee. | Case. No. 07-cv-7940 (SAS) |

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF PLEADINGS AND NOTICES OF HEARINGS

PLEASE TAKE NOTICE that Richard Hiersteiner, Jeanne P. Darcey and Amy A.

Zuccarello, of the law firm Edwards Angell Palmer & Dodge LLP, hereby enter their

BOS111 12211429.1

appearances as counsel for U.S. Bank National Association, as Trustee, and request that all notices given or required to be given and all papers served in this case be given to and served upon them at the address written below.

PLEASE TAKE FURTHER NOTICE that this request includes, without limitation, notices of hearings, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile or otherwise, that affects the Debtors, the property of the Debtors, or the creditors of the Debtors.

Dated: October 26, 2007

/s/ Shmuel Vasser
EDWARDS ANGELL PALMER & DODGE LLP
Shmuel Vasser (SV7400)
750 Lexington Avenue
New York, NY 10022
212.308.4411

And

EDWARDS ANGELL PALMER & DODGE LLP
Richard Hiersteiner
Jeanne P. Darcey
Amy A. Zuccarello
111 Huntington Avenue
Boston, MA 02199
617.239.0100
rhiersteiner@eapdlaw.com
jdarcey@eapdlaw.com
azuccarello@eapdlaw.com

*Counsel to U.S. Bank National Association, as Trustee*

Richard Hiersteiner
Jeanne P. Darcey
Amy A. Zuccarello
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199-7613
617.239.0100

And

Shmuel Vasser (SV 7400)
EDWARDS ANGELL PALMER & DODGE LLP
750 Lexington Avenue
New York, NY 10022
212.308.4411

*Counsel to U.S. Bank National Association, as Trustee*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> NORTHWEST AIRLINES CORPORATION, *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 05-17930 (ALG) <br><br> Jointly Administered |
| GENERAL FOODS CREDIT CORP., <br><br> Appellant, <br><br> v. <br><br> NORTHWEST AIRLINES, INC. <br><br> Appellee. | Case. No. 07-cv-7940 (SAS) |

## ATTORNEY'S AFFIRMATION OF SERVICE

I, Charlotte P. Bodell, Esq., hereby certify that on the date written below I caused to be served to the persons listed on the attached Service List, via email or U.S. First Class Mail (all

BOS111 12211429.1

costs prepaid), a true copy of the *Notice of Appearance and Request for Service of Pleadings and Notices of Hearings.*

Dated: Boston, Massachusetts  
October 26, 2007

EDWARDS ANGELL PALMER & DODGE LLP

/s/ Charlotte P. Bodell
Charlotte P. Bodell, Esq.
111 Huntington Ave.
Boston, MA 02199

BOS111 12211429.1

**SERVICE LIST**

David F. Abbott
Andrew H. Schapiro
Mayer, Brown, Rowe & Maw LLP
1675 Broadway
New York, NY 10019
dabbott@mayerbrown.com
aschapiro@mayerbrown.com

David S. Curry
John J. Voorhees, Jr.
Steve Sanders
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL 60606
dcurry@mayerbrown.com
jvoorhees@mayerbrown.com
ssanders@mayerbrown.com

Bruce R. Zirinsky
Barry J. Dichter
Nathan A. Haynes
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
bruce.zirinsky@cwt.com
barry.dichter@cwt.com
nathan.haynes@cwt.com

Mark C. Ellenberg
Cadwalader, Wickersham & Taft LLP
1201 F Street N.W., Suite 1100
Washington, DC 20004
mark.ellenberg@cwt.com

Ken Coleman
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020
ken.coleman@allenovery.com