UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
In re: NORTHWEST AIRLINES CORP., et al.,   :   07 CV 7940 (SAS)
------------------------------------------------------------x
GENERAL FOODS CREDIT CORP.,             :
                Appellant,               :
     -against-                              :
                                          :   ECF Case
NORTHWEST AIRLINES CORP.,               :
                Appellee.                :
------------------------------------------------------------x

## DECLARATION OF SERVICE

**TOBY D. MANN,** hereby declares under penalty of perjury that on December 26, 2007 the revised Motion for Reconsideration of BAE Systems (Funding One) Limited was served upon all counsel to the appeal via the Court's CM/ECF system.

Dated:  New York, New York
        December 26, 2007

                                                /s/ Toby D. Mann