**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------X

In re                                                                   :      **Chapter 11**

**NORTHWEST AIRLINES CORPORATION, *et al.*,**                           :      **Case No. 05-17930 (ALG)**

    **Debtors.**                                            :      **Jointly Administered**

                                                           :

                                                           :

-------------------------------------------------------------------------X

**GENERAL FOODS CREDIT CORP.,**                                        :      **District Court**

    **Appellant**                                          :      **Case No. 07-CV-7940 (SAS)**

    v.                                                     :

**NORTHWEST AIRLINES, INC.,**                                          :

    **Appellee**                                           :

                                                           :

-------------------------------------------------------------------------X

<u>**AFFIDAVIT OF MAILING**</u>

STATE OF NEW YORK      )
                          ) ss.:
COUNTY OF NEW YORK   )

ROSS MATRAY, being duly sworn, deposes and says:

1.      I am over the age of eighteen years and employed by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services LLC), 757 Third Avenue, New York, New York and I am not a party to the above-captioned action.

2.      On December 20, 2007, I caused to be served true and correct copies of the "Appellee Reorganized Debtors' Response in Support of Appellee BAE Systems (Funding One) Limited's Motion for Reconsideration of the Court's December 4, 2007 Order Dismissing the Appeal of General Foods Credit Corporation Without Prejudice", [Docket No. 29], dated December 20, 2007, enclosed securely in separate postage pre-paid envelopes, to be delivered by overnight mail to those parties listed on the annexed Exhibit "A", and by electronic mail to those parties listed on the annexed Exhibit "B".

3.      All items served by mail or overnight courier included the following legend affixed on the envelope: "LEGAL DOCUMENTS ENCLOSED: PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

T:\Clients\NWA\Affidavits\Response to Motion re GFCC_Aff 12-20-07.doc

Ross Matray

Ross Matray

Sworn to before me this

27th day of December, 2007

Notary Public

DIANE M. STREANY
Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 2010

**EXHIBIT "A"**

John H. Voorhees, Esq.
Mayer Brown Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL 60606


Ken Coleman, Esq.
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020


Jeanne Darcey, Esq.
Edwards Angell Palmer & Dodge, LLP
111 Huntington Ave
Boston, MA 02199


Otterbourg, Steindler, Houston & Rosen, P.C.
230 Park Avenue
New York, New York 10169
Attn: Lorenzo Marinuzzi, Esq.
Todd Goren, Esq.
Jordan A. Wishnew, Esq.

**EXHIBIT "B"**

jvoorhees@mayerbrown.com
ken.coleman@allenovery.com
jdarcey@eapdlaw.com
LMarinuzzi@oshr.com
tgoren@oshr.com
jwishnew@oshr.com